**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| (1) | STEPHENS INC. | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| v. | | ) | |
| | | ) | |
| (1) | STEEPLECHASE EXPLORATION, LLC, k/n/a DERBY EXPLORATION, LLC, a Delaware Limited Liability Company; | ) ) ) ) ) | Case No. 5:19-CV-00103-G |
| (2) | CRYSTAL RIVER OPERATING COMPANY, LLC, an Oklahoma Limited Liability Company; | ) ) ) ) | |
| | and | ) ) | |
| (3) | STEVE LONG, an individual | ) ) | |
| | Defendants. | ) | |

**PLAINTIFF'S FINAL EXPERT WITNESS LIST**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order (Doc. 20) as amended by Order (Doc. 30), Stephens Inc. submits the following disclosure of retained expert witnesses:

1. Stephen Straty
   4249 Westway Avenue
   Dallas, Texas 75205
   Telephone: (214) 789-5809

Mr. Straty is expected to testify under Federal Rules of Evidence 702-705 on investment banking standards and practices related to the issues of liability and damages

as reflected in his report dated January 8, 2020, a copy of which is being served concurrently with this disclosure.

Stephens reserves the right to further supplement this disclosure of expert designations as allowed by the Federal Rules of Civil Procedure and this Court's scheduling order.  Stephens further reserves the right to call at trial in Stephens' case-in-chief and to cross-examine any and all expert witnesses designated by Defendants. Stephens also reserves the right to (i) designate additional expert witnesses whose testimony cannot reasonably be anticipated at this time, including for purposes of rebuttal and impeachment, or to address any issues unknown or not disclosed to Stephens at this time; and (ii) supplement its expert designations as additional information becomes available through discovery, including third-party discovery.

Dated: January 8, 2020

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jfalasco@qgtlaw.com
ckeller@qgtlaw.com


By: /s/ Joseph R. Falasco
    Joseph R. Falasco (*pro hac vice*)
    Christoph Keller (*pro hac vice*)

-and-

Amy Sherry Fischer, OBA #16651
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462
amyfischer@oklahomacounsel.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of January 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Mark Walker, OBA #10508
Micah L. Adkison, OBA #33107
CROWE & DUNLEVY
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
mark.walker@crowedunlevy.com
micah.adkison@crowedunlevy.com

-and-

D. Patrick Long, Texas Bar No. 12515500
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, Texas  75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
patrick.long@squirepb.com

*Attorneys for Defendants*

              /s/ Joseph R. Falasco
              Joseph R. Falasco