**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) STEPHENS INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| (1) STEEPLECHASE EXPLORATION, | ) |
|     LLC, k/n/a DERBY EXPLORATION, | ) |
|     LLC, a Delaware Limited Liability | ) |
|     Company; | ) |
| | )   Case No. CIV-19-103-G |
| (2) CRYSTAL RIVER OPERATING | ) |
|     COMPANY, LLC, an Oklahoma | ) |
|     Limited Liability Company; | ) |
| | ) |
|     and | ) |
| | ) |
| (3) STEVE LONG, an individual, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS**

Pursuant to this Court's Order [Doc. 30] and Fed. R. Civ. P. 26(a)(3)(B), the above-named Defendants (collectively, "Defendants") file the following objections to Plaintiff Stephens Inc.'s Final Witness List ("Final Witness List"), Plaintiff's Final Expert Witness List ("Final Expert Witness List"), and Plaintiff Stephens Inc.'s Final Exhibit List ("Final Exhibit List") (collectively, Plaintiff's "W&E Lists") [Dkts. 36, 37, and 38] filed by Plaintiff Stephens Inc. ("Plaintiff").

    I.    Defendants' Objections to Plaintiff's Final Witness List

Defendants object to the lack of specificity to Plaintiffs' description of the proposed testimony of Bruce Zimmerman, John Wilder, and Jonathan Siegler; Defendants reserve further objections pending a more specific description.

II.    Defendants' Objections to Plaintiff's Final Expert Witness List

Defendants hereby reserve the right to object to Plaintiff's expert witness and/or the report of said witness in accordance with the Court's schedule for filing *Daubert* motions.

III.    Defendants' Objections to Plaintiff's Exhibit List

Defendants object to Plaintiff's exhibit list and the exhibits identified therein as shown on Exhibit "1" attached hereto and incorporated herein.

Respectfully submitted,

/s/Micah Lee Adkison
L. Mark Walker, OBA #10508
Micah L. Adkison, OBA #33107
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
mark.walker@crowedunlevy.com
micah.adkison@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of January, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered recipients.

      /s/ Micah Lee Adkison